,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Stultz,** | ) | CASE NO. 1: 12 CV 01316 |
| | ) | |
| **Plaintiff,** | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| **Advanstar Communications, Inc. et al.,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |

Counsel for the parties have informed the Court that this matter has been resolved. Accordingly, this case is DISMISSED. All pending motions are moot. The parties may file additional documentation within 30 days from the date of this Order, if they so choose.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　s/Donald C. Nugent
　　　　　　　　　　　　　　　　　　　　　　　　**DONALD C. NUGENT**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**DATED: December 11, 2013**